# Boyer's Estate.

The orphans' court have no power to apportion assets of a decedent among creditors; it must be done by auditors. If this report is erroneous, the court cannot remodel it, but must send it back for correction.

APPEAL from the decree of the orphan's court of *Dauphin* county.

Auditors were appointed by the orphan's court to apportion the assets of the estate of Michael Boyer deceased, in the hands of his administrators, among the creditors, who made report, to which exceptions were filed. Upon hearing the exceptions, the court set aside the report and apportioned the assets by their own decree. From which this appeal was entered.

*J. A. Fisher*, for appellant.
*M'Cormick*, contra.

PER CURIAM.—The act of assembly directs apportionment among creditors to be made by auditors; and the court, therefore, has not power to remodel it. If it be erroneous, the course is to send it back for correction. The decree is therefore reversed, and the proceeding remitted to the orphans' court, with direction, in the first place, to set apart a portion of the assets sufficient to answer the rent claimed by the executors of George Boyer, and to send the residue to auditors for apportionment; in the second, to direct an issue to try the validity of the claim for the rent, in which Samuel Boyer, executor of George Boyer, shall be plaintiff, and George Boyer, Jun. and Samuel Boyer, administrators of Michael Boyer, shall be defendants,—with a right of precedence on the trial list, and leave for the plaintiff to take out of court what may be recovered by him; but in the third place, if there be a verdict and judgment against him, then to send the assets, before set apart, to auditors for distribution in like manner.

Decreed accordingly.